UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Clemmie B. Bledsoe, Jr,<br><br>　　　Plaintiff,<br>v.<br>Chris Lee, et al.,<br><br>　　　Defendants. | Case No.  2:23-cv-01974-RFB-EJY<br><br>**ORDER** |

On November 27, 2023, Plaintiff an inmate in Clark County Detention Center submitted a Civil Rights Complaint and an incomplete financial certificate.  ECF No. 1-1.  The Court sent Plaintiff an advisory letter, which was returned as undeliverable.  ECF No. 3.  Plaintiff has not updated his address with the Court in violation of U.S. District Court for the District of Nevada Local Rule IA 3-1.  This Rule states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

Accordingly, IT IS HEREBY ORDERED that on or before **February 19, 2024**, Plaintiff must file a notice advising the Court of his current address.

IT IS FURTHER ORDERED that failure to file a current address on or before **February 19, 2024**, will result in a recommendation to dismiss this action without prejudice.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he can provide the Court with a current address.

DATED this 22nd day of January, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1